

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00405-CV

**SAN ANTONIO INDEPENDENT SCHOOL** District and Pedro Martinez,
in his official capacity,
Appellants

v.

The **STATE** of Texas,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-19115
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED without prejudice.

All costs of this appeal are ORDERED assessed against the party who incurred them.

The Clerk of this court is ORDERED to issue the mandate immediately.

SIGNED September 29, 2021.

Luz Elena D. Chapa, Justice